Robert S. Wagner, OSB #844115
Stan LeGore, OSB #943691
MILLER & WAGNER LLP
Trial Lawyers
2210 N.W. Flanders Street
Portland, OR 97210-3408
Telephone: (503) 299-6116
Facsimile: (503) 299-6106
E-mail: rsw@miller-wagner.com
       sml@miller-wagner.com

Of Attorneys for Cornelius Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DIEGO MATA-GONZALEZ, LILIA LOPEZ-GUZMAN, VLADIMIR MATA-LOPEZ, JOHNNY MATA-LOPEZ,<br><br>              Plaintiffs,<br><br>           v.<br><br>OFFICER MIGUEL MONICO, OFFICER JANSEN, OFFICER DUSTIN DeHAVEN, OFFICER BRUCE SCHMID, SERGEANT BRIAN SCHMID, SERGEANT NOFFSINGER, OFFICER R. VENABLE, CITY OF CORNELIUS, by and through the Cornelius Police Department, JOHN DOES #1-10, Cornelius Police Department Employees, WASHINGTON COUNTY, a political subdivision of the State of oregon, by and through the Washington County Department of Human Services and the Washington County Sheriff's Office, LAURIE WUTHRICH, HEATHER KITTO, JOHN DOES #11-20, Oregon Department of Human Services employees, DEPUTY J. HERMANN, DEPUTY C. BOWMAN, JOHN DOES #21-30, Washington County Sheriff's Office employees,<br><br>              Defendants. | Case No. 3:11-cv-260-PK<br><br>DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(**Oral Argument Requested**) |

///

Page 1 -    DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

## CERTIFICATE OF COMPLIANCE

Counsel undersigned certifies that he made a good faith effort to discuss and resolve with plaintiffs' counsel. Plaintiffs' counsel had previously dismissed all claims against the Washington County defendants and the State of Oregon defendants. Plaintiffs' counsel has agreed to dismiss all remaining defendants except defendant Miguel Monico and the defendant City of Cornelius. The parties were unable to resolve the issues raised in this Motion.

## MOTION

Pursuant to FRCP 56, defendants Officer Miguel Monico and the City of Cornelius, move for summary judgment on all of plaintiffs' claims against them. This Motion is supported by the following:

1. Memorandum in Support of Defendants' Motion for Summary Judgment;

2. Declaration of Stan LeGore in Support of Defendants' Motion for Summary Judgment and the exhibits attached thereto;

3. Declaration of Miguel Monico in Support of Defendants' Motion for Summary Judgment;

4. Declaration of Dustin DeHaven in Support of Defendants' Motion for Summary Judgment;

5. Declaration of Joe Noffsinger in Support of Defendants' Motion for Summary Judgment;

6. Declaration of Heather Kitto in Support of Defendants' Motion for Summary Judgment;

7. Declaration of Mark Jansen in Support of Defendants' Motion for Summary Judgment;

8. Declaration of Brian Schmid in Support of Defendants' Motion for Summary Judgment; and,

Page 2 -   DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

MILLER & WAGNER LLP
Trial Lawyers
2210 N.W. Flanders Street
Portland, Oregon 97210-3408
(503) 299-6116

9. Declaration of Bruce Schmid in Support of Defendants' Motion for Summary Judgment.

DATED this 15th day of November, 2012.

                                MILLER & WAGNER LLP

                                By: /s/ Stan LeGore
                                    Robert S. Wagner, OSB #844115
                                    Stan LeGore, OSB #943691
                                        Of Attorneys for Cornelius Defendants
                                    (503) 299-6116

                                Trial Attorney:
                                      Robert S. Wagner, OSB #844115

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I served the foregoing **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT,** on the following party at the following address by notice of electronic filing using the CM/ECF system:

>Michelle R. Burrows
>Attorney at Law
>618 N.W. Glisan St., Suite 203
>Portland, Oregon 97209
>503-241-1955
>michelle.r.burrows@gmail.com
>     Of Attorneys for Plaintiffs

DATED this 15th day of November, 2012.

>  /s/ Stan LeGore
>Robert S. Wagner, OSB #844115
>Stan LeGore, OSB #943691
>503-299-6116

Page 1 -    CERTIFICATE OF SERVICE

**MILLER & WAGNER** LLP
Trial Lawyers
2210 N.W. Flanders Street
Portland, Oregon 97210-3408
(503) 299-6116