IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**Diego Mata-Gonzalez**
    Plaintiffs,

    v.

**Officer Miguel Monico and City of Cornelius,**
    Defendants

Case No. 3:11-cv-00260-MO

**VERDICT FORM**

_____/

We, the jury, return the following verdict:

**Question 1.** Has Mr. Mata-Gonzalez proven by a preponderance of the evidence, that under state law Officer Monico prosecuted Plaintiff with malicious intent?

    Yes _____   No __✓__

**Question 2.** Has Mr. Mata-Gonzalez proven, by a preponderance of the evidence, that Officer Monico violated Section 1983 by prosecuting Plaintiff with malicious intent?

    Yes _____   No __✓__

**Question 3.** Has Mr. Mata-Gonzalez proven by a preponderance of the evidence, that Officer Monico violated Section 1983 by fabricating evidence about Plaintiff?

    Yes __✓__   No _____

1 – JURY INSTRUCTIONS

*If you answered "yes" to the first any of the first three questions, proceed to Question 4.*

**Question 4.** What are the plaintiff's damages, if any?

    Economic damages:    $ __5,000__

    Noneconomic damages:    $ __25,000__

*Your deliberations are now complete. Please have the presiding juror sign and date the verdict form and return it to the clerk.*

    SIGNED: _____
               Presiding Juror

    DATE: __9/8/2014__