Michelle Burrows, OSB No. 861606
Attorneys At Law
22586 SW Park St.
Sherwood, OR 97140
Phone -- 503-241-1955
Fax -- 503-241-3127
Email -- michelle.r.burrows@gmail.com

John Devlin OSB No. 042690
Rosenthal, Greene & Devlin, PC
121 SW Salmon Street, Suite 1090
Portland, OR 97204
Phone – (503) 228-3015
Fax – (503) 228-3269
Email – john@rgdpdx.com

Of Attorneys for Plaintiff Diego Mata-Gonzalez

### IN THE UNITED STATE DISTRICT COURT

### FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DIEGO MATA-GONZALEZ, | Case No. 3:11-cv-00260-MO |
| Plaintiffs, | |
| vs. | MOTION TO ENTER JUDGMENT |
| OFFICER MIGUEL MONICO and CITY OF CORNELIUS, | |
| Defendants. | |

Plaintiff moves to enter judgment in this case in the form submitted and attached as Exhibit 1 hereto. Plaintiff and all defendants have conferred several times and all parties agree to the form of Judgment as submitted.

1  MOTION TO ENTER JUDGMENT

Dated this 17th day of September 2014

                        Respectfully submitted,

                        /s/Michelle R. Burrows
                        Michelle R. Burrows OSB 86160
                        Attorney for Plaintiff